## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,

KENDRA SOPHER.                     Case No. 14-cv-623

        Respondent.

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on September 22, 2014, and the respondent having failed to file a written response to the petition by October 17, 2014, which is five days prior to the show cause hearing,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Bart Brellenthin or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Kendra Sopher for the calendar periods ending December 31, 2011, and December 31, 2012, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

    All records and documents specified in the Internal Revenue Service
    summons served upon respondent on June 26, 2014.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Revenue

Officer Bart Brellenthin, 1550 American Blvd E, STE 500, Bloomington, MN 55425;

telephone number 651/726-1595, at a time designated by the Revenue Officer, notice of

said time and place to be given to the respondent by means of a certified letter mailed to

the respondent at his or her last known business address at least ten (10) days prior to

the date set by the Revenue Officer or his or her designee.

Dated this __21st__ day of __October__ 2014.

Barbara B Crabb

BARBARA B. CRABB
United States District Judge